DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT
*January Term 2014*

**ELLEN C. HEDENDAL,**
Appellant,

v.

**NATIONSTAR MORTGAGE, LLC; HARBOUR HALL INLET CLUB CONDOMINIUM, INC.;** Unknown Spouse of Ellen C. Hedendal; and Unknown Tenant in Possession of The Subject Property,
Appellees.

No. 4D13-1152

[July 2, 2014]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Roger B. Colton, Senior Judge; L.T. Case No. 502012CA011125XXXXMB.

Carl A. Cascio of Carl A. Cascio, P.A., Delray Beach, for appellant.

William David Newman, Jr. of Choice Legal Group, P.A., Fort Lauderdale; Nancy M. Wallace of Akerman LLP, Tallahassee; and William P. Heller of Akerman LLP, Fort Lauderdale, for appellee Nationstar Mortgage, LLC.

PER CURIAM.

We accept Nationstar Mortgage, LLC's concession of error and remand this case with directions for the trial court to reverse the summary judgment in favor of Nationstar and conduct further proceedings.

*Reversed and remanded.*

MAY, CIKLIN and GERBER, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***